# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL S. STANKIEWICZ,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 08-2754** |
| | : | |
| **CISCO SYSTEMS, INC.,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this    30th       day of September, 2009, upon consideration of the

defendant's motion to dismiss and compel arbitration (Document #6), the plaintiff's

response thereto (Document #9), the defendant's reply brief (Document #12), and the

plaintiff's sur-reply (Document #15), it is hereby ORDERED that the motion is DENIED

in its entirety.

IT IS FURTHER ORDERED that the defendant shall file an answer to the

complaint within twenty (20) days of the date of this Order.


BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.